**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: May 17, 2012**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 10-62903 |
| US Route 23 Supply, LLC, | : | Chapter 7<br>Judge Charles M. Caldwell |
| Debtor. | : | |

**AGREED ORDER REGARDING CLAIMS NUMBERED
19 AND 21 OF THE OHIO DEPARTMENT OF TAXATION**
[Docket No. 153]

This matter is before the Court on the Trustee's *Objection to Claim Claims Numbered 19 and 21 of the Ohio Department of Taxation* and the *Response to Objection to Claims No. 19 and 21 of the Ohio Department of Taxation* [Docket No. 161]. The parties represent to the Court that they have settled this matter. Based upon the agreement of the parties, it is hereby

**ORDERED** that Claim No. 19 of the Ohio Department of Taxation is allowed as an unsecured priority claim in the amount of $4,855.43; and allowed as an unsecured, non-priority claim in the amount of $1,051.45, as provided in U.S.C. §§ 507 and 726; and it is further

**ORDERED** that Claim No. 21 of the Ohio Department of Taxation is allowed as an unsecured priority claim in the amount of $10,897.43; and allowed as an unsecured, non-priority claim in the amount of $5,256.35, as provided in U.S.C. §§ 507 and 726; and it is further

**IT IS SO ORDERED.**

APPROVED BY:

 /s/ Larry J. McClatchey
Larry J. McClatchey    (0012191)
KEGLER BROWN HILL & RITTER CO., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
lmcclatchey@keglerbrown.com
Trustee and Attorney for Trustee

 /s/ Rasheda D. Hansard per email authority
Rasheda D. Hansard (0083212)
399 East Main Street, Suite 200
Columbus, Ohio 43215
Phone: (614)221-9500
Fax:(614)621-1115
hayneslaw@hayneslaw.com
Special Counsel to Mike DeWine
Attorney General of Ohio

*Copies to Default List* **and**
Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, Ohio 43216
Ohio Department of Taxation, Attorney General of the State of Ohio, 150 East Gay Street,
    21st Floor, Columbus, OH  43215
Rasheda D. Hansard, 399 East Main Street, Suite 200, Columbus, Ohio 43215

### ###